**KUZYK LAW, LLP**
Michael D. Braun (SBN 167416)
*mdb@kuzykclassactions.com*
1999 Avenue of the Stars, Ste. 1100
Los Angeles, CA 90067
Telephone: (213) 401-4100
Facsimile: (213) 401-0311

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **ALFREDO HERNANDEZ** on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br>**MIMI'S ROCK, CORP.**<br>Defendant | **CASE NO.: 4:21-cv-04065-JST**<br><br>**CLASS ACTION**<br><br>**DECLARATION OF MICHAEL D. BRAUN IN SUPPORT OF EXTENSION OF TIME TO SERVE COMPLAINT AND INITIATING DOCUMENTS**<br><br>Judge: Hon. Jon S. Tigar<br>Date: n/a<br>Time: n/a<br>Courtroom: 2D |

I, Michael D. Braun declare as follows:

1. I am an attorney with Kuzyk Law, LLP, counsel for Plaintiff Alfredo Hernandez in the above captioned matter. I am a member of the California Bar in good standing and am admitted to practice in this District.

2. This declaration is submitted in support of Plaintiff's Administrative Motion for an Extension of Time to Serve the Complaint and Initiating Documents.

3. On May 28, 2021, I filed the complaint in the above referenced matter. The sole Defendant, Mimi's Rock Corp., is a company headquartered and incorporated in Canada. In an effort to serve Defendant in the United States, I conducted a search of business records for an agent for service of process in all fifty states, but was unable to identify one. As a result, I contacted Judicial Process & Support Inc. ("JPS") to assist with international service under the Hague Convention.

4. A true and correct copy of my initial request identifying the date it was made and the documents intended to be served, is attached hereto as Exhibit A.

5. I was informed by JPS that service under the Hague Convention typically takes three to six months, but sometimes longer. The Declaration of Maria Gutierrez, President of JPS, attesting to this timeframe is attached hereto as Exhibit B.

6. I checked the status of service on August 6, 2021. The JPS on-line portal confirmed that service was not yet completed, thereby necessitating this Motion for Administrative Relief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 6th day of August 2021, Los Angeles, California.

Michael D. Braun

# EXHIBIT A

Log Out

2B

# Details for Job 2021000693

## General Information

| | |
|---|---|
| **Party To Be Served:** | MIMI'S ROCK, CORP. |
| **Person To Be Served:** | None |
| **Received Date/Time:** | 6/2/2021 10:29 AM |
| **Documents To Be Served:** | SUMMONS IN A CIVIL ACTION. COMPLAINT FOR DAMAGES, EQUITABLE, DECLARATORY, AND INJUNCTIVE RELIEF, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, ALTERNATIVE DISPUTE RESOLUTION PROCEDURES HANDBOOK, CONSENTING TO THE JURISDICTION OF A MAGISTRATE JUDGE, STANDING ORDER REGARDING COVID-19 PROCEDURES, NOTICE OF ASSIGNMENT OF CASE, CONSENT OR DECLARATION TO MAGISTRATE JUDGE JURISDICTION (BLANK FORM), CONSENT OR DECLARATION TO MAGISTRATE JUDGE JURISDICTION, CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE JOSEPH C. SPERO. |
| **Court Date/Time:** | None |

## Case Information

| | |
|---|---|
| **Case Number:** | 3:21-CV-04065- JCS |
| **Judge:** | None |
| **Plaintiff:** | ALFREDO HERNANDEZ. |
| **Defendant:** | MIMI'S ROCK, CORP. |
| **Case Date Filed:** | None |
| **Amended Date Filed:** | None |

## Service Information

N/A - Job is not finished.

## Servee Addresses

| Address(es) |
|---|
| 610 Chartwell Road, Suite 202, Oakville, Ontario, Canada, L6J 2X6 |

## Comments

No Comments Found For Selected Job.

**Attachments**

| Purpose | Description | Format | Show Attachment |
|---|---|---|---|
| Other | Credit Card | Adobe PDF | Show Attachment |
| Other | Fedex label | Adobe PDF | Show Attachment |
| Other | Fedex confirmation | Adobe PDF | Show Attachment |
| Other | USM94 | Adobe PDF | Show Attachment |
| Other | Documents | Adobe PDF | Show Attachment |
| Other | Extension of time | Adobe PDF | Show Attachment |

# EXHIBIT B

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFONIA.
CASE NUMBER: 3:21-CV-04065-JCS

ALFREDO HERNANDEZ.

           Plaintiff,

MIMI'S ROCK CORP.

           Defendant.

_____/

**AFFIDAVIT IN SUPPORT OF MOTION FOR EXTENSION OF TIME**

**STATE OF FLORIDA**

**COUNTY OF MIAMI-DADE**

1. My name is Maria J. Gutierrez and I am the President of Judicial Process and Support, Inc.

2. Judicial Process and Support, Inc., is a process serving company authorized to serve service of process. Judicial Process and Support, Inc., has been in business since April 2000 and specializes in serving process internationally under The Hague Convention.

3. Michael D. Braun, Esq. retained our services to serve legal documents upon MIMI'S ROCK, CORP.

4. Based on our experience the process under The Hague Convention for service to Canada could take from 6-12 months.

5. This affidavit is prepared and executed in anticipation that the attorney of record will need an extension of time.

_____      Date: 7-7-21

Maria J. Gutierrez, President of Judicial Process and Support, Inc.